IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID WHITE,

    Plaintiff,

v.

DAVE COFFMAN, et al.,

    Defendants.

Case No. 1:24-cv-1291-MC

JUDGMENT

**MCSHANE, Judge:**

Based on the record, this action is DISMISSED, with prejudice.

DATED this 15th day of August, 2024.

    /s/ Michael McShane
    **Michael J. McShane**
    **United States District Judge**

1 –JUDGMENT