1    **UNITED STATES DISTRIC COURT**

2    **FOR THE DISTRIC OF OREGON**

3    **PORTLAND DIVISION**

4                                                          **$84,000 total**

5    503-608-7611                          **JUDGEMENT, DAMAGES**

6                                          **CASE 3:24-cv-1702-AR**

7    **Plaintiff (P)**

8            v.

9    Julia Annette White (D)

10   21408 SE 37th St.

11   Sammamish, WA 98075

12   Defendant

13   Tamera Davis (D2)

14   of 775 Elm St in Mt. Angel, Oregon

15   2ndbloomheirloom@gmail.com

16   Defendant 2.

17   David Smith(D3)

18   david@au todamageexperts.com

19   Defendant 3.

20   James Shipley, D4

21   OSB 964279,

22   jtshipley@lygoshipley.com,

23   2233 NE 47th Ave. Portland,

24   OR 97213, 503-493-8383.

25   Defendant D

26   ────────────────────────────

27   Defendant Legal Counsel (DLC)

28   James Shipley, OSB 964279,

29   jtshipley@lygoshipley.com,

30   2233 NE 47th Ave. Portland,

31   OR 97213, 503-493-8383.

1

Complaint in Appendix A filed against the Federal Judge in 3:24-cv-1702-AR with illegal bias 36) 37) and 40) and illegal administrative law 42). Also failure to adjudicate nine well documented felony's deserves to be charged with 41). In the lower case (3:24-cv-1702-AR), defendants were all in default. The federal Judge ruling is known to the 9th circuit court as Official Judicial Misconduct.

Judicial Council of the Ninth Circuit

COMPLAINT OF JUDICIAL MISCONDUCT
United States Court of Appeals for the Ninth Circuit
Office of the Circuit Executive
P.O. Box 193939
San Francisco, CA 94119-3939


The Appeals Court Justices should have paid no attention to what the Federal Judge said. The lower court ruling was based on illegal bias 36) 37) and 40) and illegal administrative law 42). Also, failure to adjudicate nine well documented felony's deserves to be charged with 41). In the lower case, defendants were all in default.  It is the job of the Appeals Court to correct procedural errors of the lower Court, not to rubber-stamp their decisions blindly.




# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Docket Number 24-6799**
**Case 3:24-cv-01702-AR**

**DOCKET NOT FRIVOLOUS**

**David White, Pro Se.**

18965 NW Illahe St, Portland,

**dave@salmonprotectiondevice.com**

OR 97229

503-608-7611

  Plaintiff (P)

v.

Julia Annette White (D1)

21408 SE 37th St.

Sammamish, WA 98075

Defendant 1

Tamera Davis (D2)

of 775 Elm St in Mt. Angel, Oregon

Defendant 2.

David Smith(D3)

David@autodamageexperts.com

Defendant 3.

James Shipley, D4

OSB 964279,

jtshipley@lygoshipley.com,

2233 NE 47th Ave. Portland,

OR 97213, 503-493-8383.

Defendant 4

Defendant Legal Counsel (DLC)

James Shipley, OSB 964279,

jtshipley@lygoshipley.com,

2233 NE 47th Ave. Portland,

OR 97213, 503-493-8383.

### **TABLE OF AUTHORITIES**

1) 18 U.S.C. § 1001 False Statements, Concealment…

2) 18 U.S.C. 1621 Perjury

3) 18 USC 3 accessory after the fact

4) 14 CFR § 47.11 - Evidence of ownership

5) FRCP 215. Mandamus

6) Federal Rule 902. Evidence That Is Self-Authenticating

7) US Copyright law 17.17

8) Federal Rule of Civil Procedure Rule 65 restraining order,

9) Federal Rule 60. Relief from a Judgment or Order,

10) Rule 56. Summary Judgment,

11) 14 CFR § 47.11

12) Federal Rule 902,

13) Oregon Supreme Court Opinion in 366OR49 2019 Marriage of Staveland and Fisher,

14) Marriage of Grove, 280 Or. 341, modified on denial of reh'g,

15) Marriage of Cullen, 223 Or. App. 183 (2008), Marriage of Kunze, (2004), Kunze and Kunze 337 Or. 122,

16) ORS 107.093 C,

17) ORS 107.105 (1)(d)(C),

18) ORS 803.010

19) 32 CFR § 150.15 - Assignments of error and briefs,

20) ORAP 5.47 (9), Summary Judgment.

21) ORCP 21 A (2) (B),

22) 223 OR App 183 (2008),

23) 337 OR 122 (2004),

24) ORS 2.516,

25) ORS 19.205,

26) ORS 19.415,

27) ORS 19.255,

28) ORS 2.516,

29) ORS 19.205,

30) ORS 19.415,

31) ORS 161.155,

32) ORS 107.093 (C),

33) ORS 107.105,

34) ORS 162.065,

35) ORS 34.080,

36) Judges Code of Conduct Canons 2 and 3

https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges,

37) Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002):  Pagtalunan was Pro Se and made numerous mistakes in filing his Complaint resulting in the case being dismissed. However, upon appeal, the higher Court ruled that the lower Court was in error because they did not give allowance for Pagtalunan's lack of legal training.

Plaintiff also lacks formal legal training and respectfully requests the same allowance the higher Court said Pagtalunan should have received, Appellant respectfully requests the Appeals Court Justices convene this case as an Article Three, Section II of the US Constitution by 13). Administrative law is illegal by 13). The federal ruling in the instant case is pure administrative law and perjury. Appellant furthermore asks the Court to vacate the federal law case, Oregon Appeals Court A179591 and Oregon Trial Court 23DR02783 case because they are all based on illegal administrative law misused to supplant federal law and the state and  U.S. Constitutions. Also, for this Contempt of higher Court a Judicial Fitness Complaint has been filed against this Judge for the instant case.

38) Judges Code of Conduct Canons 2 and 3

https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges.

39) ORS 166.065 Harassment

40)    28 U.S. Code § 455 (b), (1) which says, "Where he (The Judge) has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding."

41)    18 U.S.C. 4 requires, "Whoever, having knowledge of the actual commission of a felony cognizable by a Court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States,

shall be fined under this title or imprisoned not more than three years, or both."

This is further defined in law as Misprision of Felony to identify and prevent a crime in progress Proceedings in Forma Pauperis. There are two elements required to prove Misprision of Felony. For example, misprision exists when someone has knowledge that a crime is about to occur, and yet does nothing to stop it. In the instant case it would include, among many other things, knowledge about Perjury and Collusion of defendants.

42) 22–451 June 28th, 2024 Federal Case number 22–451 in Loper Bright Enterprises v. Raimondo and Relentless, Inc. v. Department of Commerce that all courts shall no longer function as administrative law courts. https://www.supremecourt.gov/opinions/23pdf/22-451_7m58.pdf Abuse of Administrative law is illegal and ALL courts must convene as a court under  Article three of the US Constitution. The Chevron doctrine is invalid. Federal and state agencies can no longer cherry pick data for their false agenda. Stare decisis must be vertical to the constitution not lower or sideways. This is because any other case can't be guaranteed to have enough similarities to warrant use unless the Judge and each counsel have read that case transcripts, exhibits and final ruling. Six to three decision. The 22–451 June 28, 2024 U.S. Supreme Court Loper Bright ruling now

forbids this abuse and reverts back to the U.S.

Constitution.    Six to Three decision.
https://thelawisyourattorney.com/loper-bright-enterprises/
 Associate Justice, Neil M. Gorsuch wrote an excellent dissertation on the Loper Bright Enterprises v. Raimondo. Associate Justice, Neil M. Gorsuch explained how illegal administrative law crept into the Judiciary and has been illegal back to the constitution. Associate Justice, Neil M. Gorsuch also explained how the chevron doctrine is illegal and reverts to 2005. Associate Justice, Neil M. Gorsuch also explained how Stare decisis must be vertical to the Constitution and not horizontal or lower. Plaintiff has read the complete ruling including Associate Justice, Neil M. Gorsuch excellent dissertation.

This court is therefore, obligated to convene as a Court under Article III of

the US Constitution. Four dockets have already been sent to circuit courts by the US Supreme court in light of Loper Bright Enterprises v. Raimondo. Administrative law is illegal.

Remanded Cases: The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Loper Bright Enterprises v. Raimondo.

The US Supreme Court is extremely serious about its ruling in Loper Bright Enterprises v. Raimondo. Explained here: https://thelawisyourattorney.com/loper-bright-enterprises/

 22-863 DIAZ-RODRIGUEZ, RAFAEL V. GARLAND, ATT'Y GEN.
The petition for a writ of certiorari is granted. The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Ninth Circuit for further
consideration in light of Loper Bright Enterprises v. Raimondo,
603 U. S. ___ (2024).

 22-868
BASTIAS, ARIEL M. V. GARLAND, ATT'Y GEN.
The petition for a writ of certiorari is granted. The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Eleventh Circuit for further
consideration in light of Loper Bright Enterprises v. Raimondo,
603 U. S. ___ (2024).

 22-1246
EDISON ELEC. INST., ET AL. V. FERC, ET AL.
The petition for a writ of certiorari is granted. The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the District of Columbia Circuit for
further consideration in light of Loper Bright Enterprises v.

Raimondo, 603 U. S. ___ (2024).

 24–5006. Jason Steven Kokinda, Petitioner v. United States. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Loper Bright Enterprises v. Raimondo, 603 U. S. ——— (2024).

 24–92. Kwok Sum Wong, Petitioner v. Merrick B. Garland, Attorney General. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Loper Bright Enterprises v. Raimondo, 603 U. S. ——— (2024).

Appellant has read and understands the entire ruling.

43) 42 U.S.C. 659 2, I, b.

Complaint in Appendix A filed against the Federal Judge with illegal bias 36) 37) and 40) and illegal administrative law 42). Also failure to adjudicate nine well documented felony's deserves to be charged with 41). In the lower case, defendants were all in default.

Judicial Council of the Ninth Circuit

**COMPLAINT OF JUDICIAL MISCONDUCT**
**United States Court of Appeals for the Ninth Circuit**
**Office of the Circuit Executive**
**P.O. Box 193939**
**San Francisco, CA 94119-3939**


The Appeals Court Justices should have paid no attention to what the Federal Judge said. The lower court ruling was based on illegal bias 36)

37) and 40) and illegal administrative law 42). Also, failure to adjudicate nine well documented felony's deserves to be charged with 41). In the lower case, defendants were all in default.  It is the job of the Appeals Court to correct procedural errors of the lower Court, not to rubber-stamp their decisions blindly.

## BACKGROUND

This appeal is emphatically not frivolous. Plaintiff filed case 3:24-cv-

01702-AR against the Defendants for being untruthful and colluding in

the marriage dissolution case 21DR02783. That final ruling was not

worth the paper it was written on, based as it was, on illegal

administrative law per 41) and illegal judicial bias 36), 37and 40). Also

these justices who illegally dismissed this case failed to adjudicate

nine well-documented felony's deserve to be charged with

41).

Four dockets have already been remanded to

circuit courts for illegal administrative law. The example below is

remanded to the 9th Circuit for this reason.

22-863 DIAZ-RODRIGUEZ, RAFAEL V. GARLAND, ATT'Y GEN.
The petition for a writ of certiorari is granted. The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Ninth Circuit for further
consideration in light of Loper Bright Enterprises v. Raimondo,

603 U. S. ___ (2024).

Attached is a letter by Federal Express to each justice of the US

Supreme court and also to the 9th Circuit Court Chief Justice. They

will arrive March 26th. Federal Express numbers: 880003733694,

880003758070

**Conclusion**

Your honor, this case is far from frivolous; Plaintiff has been harmed

physically, monetarily and emotionally by Defendants and the Trial Court

Judge, on the basis of rejecting virtually *all* of Appellant's relevant, material

evidence and well-documented exhibits.  The Judge even refused to

consider the written summary of respected Appeals Court Attorney, Jeff

Smith, whom Appellant hired by selling a treasured family heirloom,

inherited from Appellant's late father.  Moreover, the Federal Judge in the

lower case refused to honor Appellant's request for Hearing to discuss

these matters**.**

Oregon case law by Oregon Supreme Court: In any decree providing for

spousal support, decree must enjoin upon supported spouse duty to advise

other party if supported spouse remarries. Grove and Grove, 280 Or 341,

571 P2d 477 (1977), modified 280 Or 769, 572 P2d 1320 (1977).

The final Judgement of 21DR02783 did not have this required provision,

which is yet another reason that the final judgement is unlawful and must

be vacated.

Moreover, garnishing Social Security for Spousal support is illegal by
Federal Law and Judge Bailey's biased attempt to do so renders his entire
ruling and judgement null and void.

43) says (B)Exceptions Such term does not include—

(i)any child support; or

(ii)any payment or transfer of property or its value by an individual to the

spouse or a former spouse of the individual in compliance with any

community property settlement, equitable distribution of property, or other

division of property between spouses or former spouses.

The failure to adjudicate this docket in accord with federal law demands that it be re-opened and re-tried to avoid the inevitable Supreme Court rejection, remanding it back to charge the culpable justices with Misprision of Felony. This failure to adjudicate properly exposes extreme illegal bias 36) 37) and 40) and illegal abuse of administrative law 42), which constitutes Official Judicial Misconduct.

In light of the above, on March 25 2025 Appellant filed a Complaint in Portland Court against Judge Bailey for his demonstrably fraudulent, dishonest and unethical behavior.  It will be filed with this.

https://thelawisyourattorney.com/sample-page/unethical-judge-bailey/

Attached is a letter by Federal Express to each justice of the US Supreme

court and also to the 9th Circuit Court Chief Justice. They will arrive March

26th. Federal Express numbers: 880003733694, 880003758070

Relief requested

1.    Appellant hereby respectfully requests the Court to rule that this case is not frivolous.

2.    Appellant hereby respectfully requests the Court to issue an order removing $44,000 from Plaintiffs' side of the ledger, which is erroneously recorded there because of the perjury of Appellee 1 and her witnesses.

3.    Appellant hereby respectfully requests the court to order Appellee 1 to refund $10,602.51 to Plaintiff's IRA.  This is based on $17,057.01(extra removed from IRA illegally) - $6454.50 (correct split of Grandkids' variable asset money) = $10,602.51 restored to Plaintiff's IRA.

4.    Appellant hereby respectfully requests the Court to order Appellee 1 to return all items from Appellee 1 Illegal Writ of Execution based on three Oregon laws broken by DLC and TCJ.

5.    Appellant hereby respectfully requests the Court to order Appellee 1to pay Spousal Support of $1000 per month to Plaintiff starting September1, 2022 until Appellee 1's 70th birthday. It was unlawful for Judge Bailey, under illegal bias 36) 37) and 40) and illegal administrative law Appellee 1 spousal support due to his poverty status. On the other hand, it is perfectly reasonable for Appellee 1 to pay Appellant $1000 per month until she is 70 years of age.

6.    Appellant hereby respectfully requests the Court to order Appellee 1 to write a letter to all our friends and tell them she was untruthful in stating that a doctor determined **he** was unfit to possess firearms.  She must also inform the gun destruction facility of this fact.  Also Appellee 1 must pay Appellant $5,000 to replace the bullets illegally destroyed by that facility because of Appellee 1's false Police Report.

7.  Appellant hereby respectfully requests the Court for adjudication of Appellee 1 to the FBI to be charged with violations of 1) and 3) Perjury, and restitution to Plaintiff of $11,000.   Exhibit 11 is well-documented perjury of Julia White Defendant.

8.  Appellant hereby respectfully requests the Court to adjudication of Tammy Davis to the FBI to be charged with violations of 1) and 3). Exhibit 8 is well-documented perjury of Tammy Davis. Also, restitution to Plaintiff of $11,000

9.  Appellant hereby respectfully requests the Court for adjudication of David Smith and Jim Shipley to the FBI to be charged with violations of 1), 2) and 3). Exhibit 9 is David Smith well-documented perjury with Jim Shipley as 18 USC 3 accessory after the fact. Also, restitution to Plaintiff of $22,000.

10. Appellant hereby respectfully requests the Court to use the new ruling which is based on transcripts and exhibits in the hearings. This is Exhibit 12.

11. Appellant hereby respectfully requests the court to Rule the Artic Fox camper, Lazy-Boy chairs and window coverings in Appellant's home are owned by Photlithography.net and not marital assets as DLC untruthfully claims. DLC said Plaintiff shouldn't have transferred the title of the camper to the company during the trial pendency. However, his client, D, took the monies from the wrecked Vibe payoff and reinvested it in a newer car. This, without consideration of Plaintiff. The Vibe was a marital asset.

12. Appellant hereby respectfully requests the court to rule that the IRA be split by the ending value of the IRA as a variable asset (end of divorce trial) valued at the time as 99,885.99. The Oregon Supreme Court in Staveland and Fisher ruled this must be split equally at the of July 31st, 2022, with the account all in cash. Half

is $99942.99. Thus, D illegally took $117,000 and must return $17,057.01 back to Plaintiff's IRA along with Grandkids college saving accounts. They must be split at the ending value dated August 1, 2022 when the IRA was valued just under $200.000.  D must transfer $13205.74 to Plaintiff's IRA. The Grandkids' total was 15,689.88 after withdrawals so we each get $$4867.33 after paying federal and state taxes, To summarize, $17,057.01 - $$4867.33 =$12189.68 restored to Plaintiff's IRA.

13. Appellant hereby respectfully requests the court to rule attorney fees for respondent are not valid because of untruthful non-provable statements made in trial by D's witnesses and DLC's more than 65 untruthful and non-provable statements in Trial Transcripts

14. Appellant hereby respectfully requests the Court to Rule that the "bidding approach" utilized by the Trial Court is unlawful in that it is not based on fact established in the record. Since no real value was established for this property, the Court should remand this issue to the Trial Court to order mediation with Portland Mediators. Appellee 1 must pay for this.

15. Appellant hereby respectfully requests the Court to Rule Respondents' Legal Counsel made a minimum of 65 well-documented, untruthful statements in Court hearings and exhibits from May 3, 2021 to July 26, 2022.

16. Appellant hereby respectfully requests the court to Rule Trial Court Judge and previous Trial Court Judge broke Oregon law ORS 107.105 (1)(d)(c) Maintenance Spousal Support. Plaintiff has no Job to pay support and bad health Therefore, Plaintiff can't be ordered to pay support.

17.  Appellant hereby respectfully requests the court to Rule D, who has at least $3000 a month in disposable income, must pay Appellant $1000 a month in support until she is 70 years old.

18.  Appellant hereby respectfully requests the court to Rule that the KeyBank account records for Climate Change Truth Inc.,which are under a protection order, cannot be brought to the Court or mentioned in any pleading. Well-documented case facts are: D removed herself from Climate Change Truth Research Inc in September, 2017 and her shares were redistributed to remaining board members per the bylaws which are similar to Photolithography.net bylaws, in the exhibits. Both Plaintiff and D testified to this in Depositions and the Trial. D testified to this on the last day of the Trial.

19.  Appellant hereby respectfully requests the Court to Rule the motion submitted to Trial Court was illegal per Transcripts Page 132, Line 1-4

20.  Appellant hereby respectfully requests the Court to Rule the Personal Property Section of Exhibit 18, which D and Trial Court Judge signed must be completed.

21.  Appellant hereby respectfully requests the Federal Court to require untruthful Appellee 1 to stop using his family's last name of White. She has tarnished it by her many untruthful statements. Furthermore,

22.  Appellant hereby respectfully requests the federal Court to vacate Appellant, by FRCP 60 asks the 9th circuit Court to vacate the Oregon Appeals Court case A179591 and Oregon Trial Court 23DR02783 case final ruling and Judgement because they also are illegal, and not based on case facts per the Loper Bright

decision of June 28, 2024. Likewise, the final Ruling and Judgement in 21CN04610, 22CN02186 and Opinion in A180374 are not based on any actual case facts in the transcripts and exhibits.

   a.  These cases, rulings and judgements are illegal bias 36) 37) and 40) and illegal administrative law 42) is known as Official Judicial Misconduct.

23.  Additionally, Plaintiff has clearly demonstrated that this Court does in fact have jurisdiction over this case.

24.  Appellant moves the Appeals court to award Appellant the $84,000 which was sought in the Complaint.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25th, 2025, a true and correct copy of the above document was electronically filed with the Clerk of the Court using CM/ECF. A copy of the document will be served upon interested parties via the Notices of Electronic Filing that are generated by CM/ECF. Additionally, a courtesy copy is being provided as follows:

Defendant Legal Counsel (DLC)

James Shipley, OSB 964279,

jtshipley@lygoshipley.com,

2233 NE 47th Ave. Portland,

OR 97213, 503-493-8383.

_XX Via hand delivery

___ Via U.S. Mail, 1st Class,

Postage Prepaid

___ Via Overnight Delivery

___ Via Facsimile

XX Via Email

XX Via CM/ECF notification

to the extent registered DATED: 10/7/2024.

By: David White




___ Via hand delivery
___ Via U.S. Mail, 1st Class,
Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
XX Via Email
XX Via CM/ECF notification
to the extent registered DATED: March 25th, 2025
By: David White

David C. White Pro Se. March 25th, 2025


Appendix A

Judicial Council of the Ninth Circuit

**COMPLAINT OF JUDICIAL MISCONDUCT**

**United States Court of Appeals for the Ninth Circuit Office
of the Circuit Executive**

**P.O. Box 193939**

**San Francisco, CA 94119-3939**

1. Name of Complainant:    Dave White Pro Se_____

   Contact Address:    18965 NW Illahe st_____

                            Portland, OR 97229

   Daytime telephone:  (503_____) 608-7611 __

2. Name(s) of Judge(s):    Magistrate Judge Jeff Armistead, United States
   District Judge Amy M. Baggio

3. Court:    Portland Oregon Federal court_____

4. Does this complaint concern the behavior of the judge(s) in a particular lawsuit
   or lawsuits?

   [X ] Yes        [  ] No

   If "yes," give the following information about each
   lawsuit:

   Court: _____ Case

   Number:        3:24-cv-01702-AR_____

```
Docket number of any appeal to the 9th
                              Circuit:
_____
                              24-6799 _____
Are (were) you a party or lawyer in the lawsuit?

[X ] Party      [ ] Lawyer    [ ] Neither

If you are (were) a party and have (had) a lawyer, give the
lawyer's name, address, and telephone number:
```

_____

_____

**5.**     Have you filed any lawsuits against the judge?

         [   ] Yes           [   X] No
_____

```
9th circuit
```
_____

**6.**     **Brief Statement of Facts.**  Judge clearly exhibited illegal bias against Pro Se Plaintiff. Defendants were in default for not responding to the Amended Complaint within 14 days by FRCP 15. Plaintiff immediately filed ECF 11 Memorandum by Rule 55 requesting judge to rule Defendants in default by Federal law. FRCP 5 doesn't give the Judge any extra time to evaluate an Amended Complaint. The "Speedy Trial" Clause of the Sixth Amendment of the U.S. was intended for just this kind of situation.  By extension the principle should apply to the instant case, consonant with The Federal Speedy Trial Act of 1974, which installed the Statutory time limits. The Amended Complaint could easily be read and understood by virtually any person or Judge in a 2-hour time frame. Of course, most Judges have their clerks do the reading and report to the judge. The Amended Complaint was uploaded to the court on October 15, 2024. Today is November 4, 2024.

**7.**     ***"The court is evaluating whether the Amended Complaint has established that the***

*court has subject matter jurisdiction to hear this lawsuit and a ruling will issue shortly."*

That can only mean that the Judge is searching for case law to justify his decision to support his predetermined decision to dismiss the case, contrary to a plain reading of the Constitution and Federal law made in pursuance thereof.  Namely, Federal Rules 3 and 4.  Any such use of the law to contravene Article III, Section 2 of the U.S. Constitution and 22–451 June 28th, 2024 Loper-Bright Enterprises.  This is flagrant violation of the judge's sworn oath of office to support and defend the Constitution of the United States.

8.      *The court has reviewed plaintiff's Emergency Memorandum in Support, which is titled "Memorandum by Rule 55." The court construes the motion as an emergency motion for entry of default, and it is DENIED. The court is evaluating whether the Amended Complaint has established that the court has subject matter jurisdiction to hear this lawsuit and a ruling will issue shortly. Ordered by Magistrate Judge Jeff Armistead. (pjg)*

This ruling is in violation of:

22–451 June 28th, 2024 Loper Bright Enterprises v. Raimondo and Relentless, Inc. v. Department of Commerce. https://www.supremecourt.gov/opinions/23pdf/22-451_7m58.pdf

18 U.S. Code § 4 - Misprision of felony

28 U.S. Code § 144 - Bias or prejudice of judge

Judges Code of Conduct, Canons 2 and 3; https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges.

Article VI, Section 2 Supremacy Clause of the United States Constitution:  This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the **Judges in every State shall be**

**bound** thereby, any Thing in the Constitution or **Laws of any State to the Contrary notwithstanding**.

The judge has no authority to DENY anything at this point in the trial under federal law and the Constitution  The federal rule of procedure is crystal clear – the judge must sign after clerk's review and signature.

Did this judge not swear allegiance to these very words of in Article VI, Section 2 of the U.S. Constitution?  Based on his actions did he not enter into this covenant with the American people with malice aforethought.  With some hidden purpose of evasion?  Will this go unrequited?

9.    None of Plaintiff's clear and compelling evidence was mentioned in the dismissal. It is therefore clear that the judge was made aware of a crime committed or in progress and ignored it, dismissing the case for other trivial reasons by comparison.  This makes him culpable for misprision of felony, in principle, if not in fact.  Are judges above the law?  Are they not required to consider all material evidence in arriving at a final decision or are they free to violate Loper Bright Enterprises at will?  Will this callous disregard for the higher law go unpunished, or will justice prevail?

10.   On 11/4/2024 the case was illegally dismissed with the same verbiage which caused the amended complaint to be filed. This is clear bias.

11.

12.

13.   The following transaction was entered on 11/4/2024 at 11:16 AM PST and filed on 11/4/2024

14.   Case Name:   White v. White et al

15.   Case Number:        3:24-cv-01702-AR

16.   Filer:

17.   Document Number:  12(No document attached)

18.

19.   Docket Text:

20.   ORDER:

**21.    Acknowledgment, declaration and signature;**

I understand that even if I successfully prove that the judge engaged in misconduct or is disabled this procedure cannot change the outcome of the underlying case.

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

12/03/24

(Signature)_____    (Date)